Loretta Starvus STACK, Al Richmond, Philip Marshall Connelly, Dorothy Rosenblum Healey, Ernest Otto Fox, William Schneiderman, Carl Rude Lambert, Henry Steinberg, Oleta O'Connor Yates, Rose Chernin Kusnitz, Mary Bernadette Doyle, and Albert Jason Lima, Appellants, v. UNITED STATES of America, Appellee.

No. 13180.

United States Court of Appeals
Ninth Circuit.

Dec. 7, 1951.

Ben Margolis, A. L. Wirin, Daniel G. Marshall, Leo Branton, Jr. and Alexander H. Schullman, all of Los Angeles, Cal., Norman Leonard, San Francisco, Cal., and Leo A. Sullivan, Oakland, Cal., for appellants.

Walter S. Binns, Acting U. S. Atty., Los Angeles, Cal., for appellee.

Before DENMAN, Chief Judge, and MATHEWS, STEPHENS, HEALY, BONE, ORR and POPE, Circuit Judges.

PER CURIAM.

The order denying the motion of appellants to reduce the bail of $50,000.00 is reversed. The case is remanded and the district court ordered to enter orders as follows:

For each of the appealing defendants

    Loretta Starvus Stack
    William Schneiderman
    Albert Jason Lima
    Carl Rude Lambert
    Oleta O'Connor Yates
    Henry Steinberg
    Mary Bernadette Doyle

an order that he or she be released from confinement upon the posting of bail in the sum of $10,000.00 cash or bond conditioned as required by law, to be approved by the District Court for the Southern District of California and filed with the Clerk of that court.

For each of the following appealing defendants

    Al Richmond
    Philip Marshall Connelly
    Dorothy Rosenblum Healey
    Rose Chernin Kusnitz
    Ernest Otto Fox

an order that he or she be released from confinement upon the posting of bail in the sum of $5,000.00 cash or bond conditioned as required by law, to be approved by the district court for the Southern District of California and filed with the Clerk of that court.

    WILLIAM DENMAN
            Chief Judge
    ALBERT LEE STEPHENS
            Circuit Judge
    WILLIAM HEALY
            Circuit Judge
    WALTER L. POPE
            Circuit Judge

BONE and ORR, Circuit Judges (concurring in part and dissenting in part).

We concur in the order of this court reversing the order of the District Court denying the motion to reduce bail theretofore fixed in the sum of $50,000.

We dissent from the order of this court fixing bail of certain of the appealing defendants at $10,000 and of other appealing defendants in the sum of $5,000, for the reason that we deem said amounts to be inadequate.

    HOMER T. BONE
    WM. E. ORR
        United States Circuit Judges.

MATHEWS, Circuit Judge (dissenting).

On the grounds and for the reasons stated in its opinion, United States v. Schneiderman, D.C.S.D.Cal., 102 F.Supp. 52, the District Court's order should be affirmed.